# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| N.T.A.A. (NO TALK ALL ACTION), INC.; RYAN ROBINSON, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC.; NIKE, INC., AND DOES 1 through 10, Inclusive<br><br>Defendants. | CASE NO: 2:21-CV-00398-DDP-AGRx<br><br>**ORDER TO RESOLVE NIKE'S COUNTERCLAIMS WITHOUT PREJUDICE** |
| NIKE, INC,, an Oregon corporation, NORDSTROM, INC.<br><br>Counterclaimants<br>v.<br><br>N.T.A.A. (NO TALK ALL ACTION), INC., a Canadian corporation; RYAN ROBINSON, an Individual<br><br>Counter -Defendants. | |

ACTIVE\1602440756.2

[PROPOSED] ORDER

1  This matter came before the Court on the Stipulation Pursuant to L.R. 7-1 and
2  Fed. R. Civ. P. 41(a)(1)(A)(ii), To Resolve Nike Inc.'s Counterclaims Without
3  Prejudice.   Having reviewed the Stipulation, the Court ORDERS that Nike Inc.'s
4  Counterclaims (Dkt. No. 31) are dismissed without prejudice.

DATED:  November 27, 2023

_____
Hon. Dean D. Pregerson